1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON DAMIEN BENAVIDEZ,                    1:10-cv-02041-DLB (HC)

12                                             ORDER TRANSFERRING CASE TO THE
                                               UNITED STATES DISTRICT COURT FOR
13              Petitioner,                    THE NORTHERN DISTRICT OF
                                               CALIFORNIA
14   vs.

15   JAMES D. HARTLEY,

16

17              Respondent.

18   _____/

19

20         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

21   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

22         The federal venue statute requires that a civil action, other than one based on diversity

23   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside

24   in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise

25   to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or

26   (3) a judicial district in which any defendant may be found, if there is no district in which the action may

27   otherwise be brought." 28 U.S.C. § 1391(b).

28   ///

                                                -1-

-2-

1      In this case, the petitioner is challenging a conviction from Santa Clara County, which is in the

2 Northern District of California.  Therefore, the petition should have been filed in the United States

3 District Court for the Northern District of California.  In the interest of justice, a federal court may

4 transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v.

5 McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

7 District Court for the Northern District of California.

8

9      IT IS SO ORDERED.

10      **Dated:**   **November 5, 2010**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28